UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC FISHERMEN SHIPYARD
AND ELECTRIC, LLC,

          Plaintiff,

v.

RODGER MAY, et al.,

          Defendants.

C16-353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to extend the deadline for filing motions in limine, docket no. 30, is GRANTED in part as follows. The deadline for filing motions in limine is STRICKEN. The parties shall include in their respective trial briefs, which are due on March 24, 2017, a discussion of any evidentiary issues in dispute. Counsel shall be prepared to address such evidentiary issues at the Pretrial Conference scheduled for March 31, 2017, at 1:30 p.m.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2017.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 1