UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC FISHERMEN SHIPYARD AND ELECTRIC, LLC,

    Plaintiff,

v.

RODGER MAY, et al.,

    Defendants.

C16-353 TSZ

ORDER

    Counsel having telephonically and by e-mail advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

    NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.  The trial date of April 10, 2017, the pretrial conference set for March 31, 2017, and all remaining deadlines are STRICKEN.  Plaintiff's pending motion for summary judgment, docket no. 21, is STRICKEN as moot.

    In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

    The Clerk is directed to send a copy of this Order to all counsel of record.

    IT IS SO ORDERED.

    Dated this 15th day of March, 2017.

    _____
    Thomas S. Zilly
    United States District Judge

ORDER - 1